UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION



| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | DOCKET NO. 3:14-mc-138 |
| ) | 3:14mj227 |
| ) | ORDER TO SEAL |
| 3720 NEVIN ROAD, CHARLOTTE, ) | |
| NORTH CAROLINA 28269 ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Application for a Search Warrant, the Search and Seizure Warrant, the supporting Affidavit, this Motion to Seal, and any Order issued pursuant thereto be sealed to protect the secrecy of the ongoing investigation and ensure officer safety until further Order of this Court,

IT IS HEREBY ORDERED that the Application for a Search Warrant, the Search and Seizure Warrant, the supporting Affidavit, this Motion to Seal, and any Order issued pursuant thereto be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 31st day of October, 2014.

_____
HON. DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE